UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

KAREN M. MOUTON

name of plaintiff(s)

versus

CIVIL ACTION

NO. _____

CITY OF ST. MARTINIVLLE

name of defendant(s)

RECEIVED
DEC 21 2018
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

## COMPLAINT

1. State the grounds for filing this case in Federal Court (include federal statutes and/or U. S. Constitutional provisions, if you know them):

   Title VII of the Civil Rights Act of 1964 (Title VII)

2. Plaintiff, KAREN M. MOUTON resides at

   767 N. THEATER STREET, ST. MARTINVILLE,
   street address                              city

   ST. MARTIN, LA, 70582, 2817559185
   parish        state   zip code   telephone number

   (if more than one plaintiff, provide the same information for each plaintiff below)

   N/A

3. Defendant, CITY OF ST. MARTINVILLE lives at, or its business is located at 125 S. NEW MARKET STREET,
   street address

   ST MARTINVILLE, ST MARTIN, LA,
   city              parish            state

   70582, 3373942233.
   zip code   telephone number

(if more than one defendant, provide the same information for each defendant below)

N/A

4. Statement of claim ( State as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

I have had to submit an additional sheet with my detailed statement.

5. Prayers for Relief (list what you want the Court to do):

a. Hear my plea.

b. Render restitution made from time of discrimination through present.

c. Rule that the interview process violated my Civil Rights and redo process

d.

I (we) hereby certify under penalty of perjury that the above petition is true to the best of my (our) information, knowledge, and belief.

Signed this  20  day of  December , 20 18

*Karen M. Mouton*

(signature of plaintiff (s))

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

### GUIDE FOR FILING FEDERAL CIVIL SUITS

| ITEM | REQUIREMENTS |
|---|---|
| SUMMONS AND COMPLAINT | The original and one copy of the Complaint. One Summons for each defendant to be served is required. |
| SIGNATURE | The Complaint must be signed.  See Federal Rules Civil Procedure 11. Counsel's name, complete address, telephone number and party represented must be typed on all pleadings.  For pro se plaintiffs, the name, address and telephone number of the plaintiff must be typed on the last page of the complaint. |
| SERVICE | See Federal Rules of Civil Procedure 4. |
| COURT FEES | $400.00 cashier's check, law firm check or money order payable to U. S. Courts, or VISA or Mastercard with identification.  No personal checks accepted. (Fee due for each case. Fee due whether a suit is Complaint or Notice of Removal) |
| NOTE: | A PRO SE LITIGANT HAS THE RESPONSIBILITY OF COMPLYING WITH THE LOCAL RULES OF THIS COURT, THE FEDERAL RULES OF CIVIL PROCEDURE, OR ANY OTHER OBLIGATIONS IMPOSED BY THE LAW. |

**THIS OFFICE IS PROHIBITED BY LAW FROM GIVING OUT LEGAL ADVICE.**